

# THE ATTORNEY GENERAL

## OF TEXAS

CRAWFORD C. MARTIN
ATTORNEY GENERAL

AUSTIN, TEXAS 78711

June 2, 1967

Mrs. Bess Blackwell
Executive Secretary
State Board of Hairdressers
  & Cosmetologists
Sam Houston Building
Austin, Texas

Dear Mrs. Blackwell:

Opinion No. M-81

Re: Whether the State Board has
the authority to require an
applicant for an original li-
cense to select a name other
than one already recorded with
the Board.

        You have requested the opinion of this office regarding
the above question.  In this connection we quote from Section 10,
Article 734b, Vernon's Penal Code:

        "The Board may refuse to issue or to re-
new or may suspend or revoke any license issued
in accordance with the provisions of this Act
for the following reasons:

        ". . . .

        "(e)  Advertising, practicing, or attempt-
ing to practice under the name or trade name of
another licensee under this Act;

        ". . . ."  (Emphasis supplied.)

        Under the above quoted statutory provision, it is the
opinion of this office that the State Board of Hairdressers and
Cosmetologists has the authority, in the proper exercise of its
discretion, to refuse to issue a license to an applicant who has
selected the same name as a business previously licensed by the
Board and still in operation.  Any such refusal to issue a li-
cense must, of course, be dependent upon a Board hearing con-
ducted in accordance with Sections 11(a) and 11(b), Article 734b,
Vernon's Penal Code.

        In connection with any possible Board hearing held in
the future on the subject of trade names, you are advised that

- 363 -

Section 2(h), Article 734b, Vernon's Penal Code, has no application to the determination of what constitutes "advertising, practicing, or attempting to practice under the name or trade name of another licensee under this Act." The said Section 2(h) is concerned solely with defining those businesses subject to licensing; the specific listing of names is made to insure that a business engaged in the practice or teaching of cosmetology or hairdressing may not escape licensing through the use of a subterfuge.

## S U M M A R Y

After proper hearing, as provided in Article 734b, Vernon's Penal Code, the State Board of Hairdressers and Cosmetologists has the authority to refuse to issue a license for the operation of a business which has the same name as a business previously licensed by the Board and still in operation.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Malcolm L. Quick
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Hawthorne Phillips, Chairman
W. V. Geppert, Co-Chairman
Paul Martin
W. O. Shultz
Milton Richardson
John Duren

STAFF LEGAL ASSISTANT
A. J. Carubbi, Jr.